JOHN ROBERTON, as Administrator, etc., Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK and THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondents.

| 149 | 609 |
|---|---|
| Case 1 | |
| 75 AD$^1$558 | |

*Roberton* v. *Mayor, etc.*, 7 Misc. Rep. 645, affirmed.
(Argued May 27, 1896; decided June 16, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 16, 1894, which affirmed judgments in favor of defendants entered upon a decision of the court at a Trial Term dismissing the complaint.

*Gilbert D. Lamb* for appellant.

*Hamilton Harris* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.